**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**THOMAS JEREMIAH CARTER,**

**Plaintiff,**

**v.**

**Case No. 22-CV-490-JFH-CDL**

**CHUCK HOSKINS, JR.,**
**BRYAN WARNER,**
**SAM HIDER HEALTH CLINIC,**
**W.W. HASTINGS HOSPITAL,**
**DR. R. STEPHEN JONES,**
**CHANDLER WELCH,**
**JOSH LOONEY,**
**SARA HILL,**
**CHRISSI NIMMO,**
**TRAVIS WATTS,**
**LEE ANNE BRUCE BOONE,**
**DR. GITANJALI PAI,**
**LISA LEEPER,**
**ANDY HALKO,**
**BUFFY HEATER,**
**JACKIE SHAWNEE,**
**KEITH REED,**
**MENDY SPOHN,**
**TINA JOHNSON,**
**JACKIE KANAK,**
**DR. LATRINA FRAZIER,**
**JAN FOX,**
**MICHAEL DEREMER,**
**DR. FAUZIA KHAN,**
**DR. JARED TAYLOR,**
**JOLIANNE STONE,**
**KENDRA DOUGHERTY,**
**MYKEL FRY,**
**LINA LONG,**
**DR. DAVID R. GAHN,**
**DR. ROSS OGDEN,**
**DR. BRADY GARRETT,**
**DR. TERRENCE K. KOMINSKY, and**
**DR. ASHLEY L. COMIFORD,**

**Defendants.**

**JUDGMENT**

Upon review of Plaintiff Thomas Jeremiah Carter's dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. No. 17], and pursuant to Federal Rule of Civil Procedure 58(a), the Court issues its separate judgment finally disposing of the case. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT judgment of DISMISSAL WITHOUT PREJUDICE is entered.

Dated this 23rd day of May 2024.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE